IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CRYSTAL DYE, ) | |
| ) | |
| Plaintiff, ) | 3:14-cv-01176-JO |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| CAROLYN W. COLVIN, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

DATED this 23d day of September, 2015.

ROBERT E. JONES
United States District Judge

1 - JUDGMENT